## Case Information

DC-19-03312 | Corey Risper vs. JMS Transport, LLC, et al

| | | |
|---|---|---|
| Case Number<br>DC-19-03312 | Court<br>192nd District Court | Judicial Officer<br>SMITH, CRAIG |
| File Date<br>03/06/2019 | Case Type<br>MOTOR VEHICLE ACCIDENT | Case Status<br>OPEN |

## Party

PLAINTIFF
Risper, Corey

Active Attorneys
Lead Attorney
SAGER, SCOTT
Retained

Attorney
HENRY, THOMAS J
Retained

DEFENDANT
JMS Transport, LLC

Address
registered agent, Jesus Salazar
19515 Country Canyon Dr
Spring TX 77388

DEFENDANT
Johnican, John

Address
803 Champagnolle Rd,
El Dorado AR 71730

## Events and Hearings

03/06/2019 NEW CASE FILED (OCA) - CIVIL

03/06/2019 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/06/2019 REQUEST FOR SERVICE ▾

REQUEST

03/06/2019 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

03/06/2019 JURY DEMAND ▾

JURY DEMAND FORM

03/11/2019 CITATION ▾

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
05/13/2019
Comment
JMS TRANSPORT LLC ET AL - ATTY

03/11/2019 CITATION ▾

Anticipated Server
ATTORNEY

Anticipated Method

| | |
|---|---|
| Comment | |
| ATTY | |

**05/10/2019 MISCELLANOUS EVENT** ▾

Advisory to the Court

Comment
ADVISORY TO THE COURT

**05/13/2019 RETURN OF SERVICE** ▾

EXECUTED - CITATION - JMS TRANSPORT LLC - CERT MAIL

Comment
EXECUTED - CITATION - JMS TRANSPORT LLC - CERT MAIL

**05/28/2019 MOTION - QUASH** ▾

Ds Mtn to Quash 2019.05.28.pdf

**05/30/2019 CERTIFICATE OF CONFERENCE** ▾

DEF'S MOTION TO QUASH

Comment
DEF'S MOTION TO QUASH

**05/30/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT** ▾

DEF'S ORDER TO QUASH

Court 2019.05.30 (proposed Order).pdf

Comment
DEF'S ORDER TO QUASH

**06/03/2019 ORDER - QUASH** ▾

ORDER - QUASH

**08/26/2019 DISMISSAL FOR WANT OF PROSECUTION** ▾

192 DWOPNO ACTION Notice

192 DWOPNO ACTION Notice

Judicial Officer
SMITH, CRAIG

Hearing Time
9:00 AM

Comment
SRVC (CASE FILED 3/6/19 - SRVC ACHIEVED ON JMS 4/12/19 - EXT REQ & GRANTED ON 5/14/19)

## Documents

ORIGINAL PETITION

REQUEST

JURY DEMAND FORM

ISSUE CITATION

ISSUE CITATION

192 DWOPNO ACTION Notice

Advisory to the Court

EXECUTED - CITATION - JMS TRANSPORT LLC - CERT MAIL

192 DWOPNO ACTION Notice

Ds Mtn to Quash 2019.05.28.pdf

DEF'S MOTION TO QUASH

DEF'S ORDER TO QUASH

Court 2019.05.30 (proposed Order).pdf

ORDER - QUASH